ALVERNON L. LYTLE V. STATE OF NEBRASKA.

FILED NOVEMBER 21, 1930. No. 27582.

Mockett & Finkelstein and C. P. Anderbery, for plaintiff in error.

C. A. Sorensen, Attorney General, and Clifford L. Rein, contra.

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

870

PER CURIAM.

This is a proceeding in error brought to this court by Alvernon L. Lytle for a review of the judgment of the district court for Kearney county wherein he was convicted of bank robbery.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.